30 So.2d 26

**Lula (alias Lula Adell) GRISSOM v. STATE.**

**8 Div. 376.**

Supreme Court of Alabama.
April 17, 1947.

Jim Smith, of Tuscumbia, for petitioner.

A. A. Carmichael, Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Lula, alias Lula Adell, Grissom for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Grissom v. State, 30 So.2d 19.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.